**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST,<br><br>Plaintiff,<br><br>-against-<br><br>ELMWOOD PARK SCHOOL DISTRICT #401,<br><br>Defendant. | CASE NO.: 1:24-cv-11188 |

## JOINT NOTICE OF SETTLEMENT

The Parties hereby notify the court that they have reached a settlement in principle. The Parties respectfully request 60 days to prepare and execute the necessary closing papers and file an appropriate dismissal stipulation.

Dated: December 18, 2024

Respectfully submitted:

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST

/s/ *Dennis M. Dolan*
Dennis M. Dolan, One of Its Attorneys

Dennis M. Dolan (6629150)
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
Direct: (312) 781-6641
Email: Dolan@LitchfieldCavo.com

and

Laura A. Brady (025141993)
William T. Corbett, Jr. (033951996)
Coughlin Midlige & Garland LLP
350 Mount Kemble Avenue

Morristown, NJ 07962
Phone: (973) 267-0058
Email: LBrady@cmg.law
Email: WCorbett@cmg.law

ELMWOOD PARK SCHOOL DISTRICT #401

/s/ *Rosa M. Tumialán*
Rosa M. Tumialán One of Its Attorneys

Rosa M. Tumialan
TRESSLER, LLP
233 S. Wacker, 61st.Floor
Chicago, IL 60606
Direct: (312) 627-4191
Email: rtumialan@tresslerllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 18, 2024.

By: /s/ *Dennis M. Dolan*