**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST,<br><br>Plaintiff,<br><br>-against-<br><br>ELMWOOD PARK SCHOOL DISTRICT #401,<br><br>Defendant. | CASE NO.: 1:24-cv-11188 |

**JOINT STATUS REPORT**

Selective Insurance Company of the Southeast ("Selective") and Elmwood Park School District #401 ("Elmwood") submit the following status report pursuant to the Court's December 20, 2024 order. (ECF No. 13). There has been significant progress made, but the parties require additional time to finalize the terms of the resolution of this action and the underlying dispute. The parties respectfully request an additional sixty (60) days to allow the remaining aspects of the settlement process to be completed before the stipulation dismissing this action can be filed.

Dated: February 17, 2025

Respectfully submitted:

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST

/s/ *Dennis M. Dolan*
Dennis M. Dolan, One of Its Attorneys

Dennis M. Dolan (6629150)
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
Direct: (312) 781-6641
Email: Dolan@LitchfieldCavo.com

and

Laura A. Brady (025141993)
William T. Corbett, Jr. (033951996)
Coughlin Midlige & Garland LLP
350 Mount Kemble Avenue
Morristown, NJ 07962
Phone: (973) 267-0058
Email: LBrady@cmg.law
Email: WCorbett@cmg.law

ELMWOOD PARK SCHOOL DISTRICT #401

/s/ *Rosa M. Tumialan*
Rosa M. Tumialan, One of Its Attorneys

Rosa M. Tumialan (6226267)
TRESSLER, LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
Direct: (312) 627-4191
Email: rtumialan@tresslerllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 17, 2025.

By: /s/ *Dennis M. Dolan*